Commonwealth *v.* Simmons, Appellant.

Before MALMED, J., without a jury.

Submitted September 9, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Maxine J. Stotland, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.